```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF NORTH CAROLINA
                     SOUTHERN DIVISION

                     No. 7:13-CR-115-H
                     No. 7:16-CV-186-H
```

TAISHAUN SANSBURY,                    )
                                      )
    Petitioner,                       )
                                      )           ORDER
v.                                    )
                                      )
UNITED STATES OF AMERICA,             )
                                      )
    Respondent.                       )

For good cause having been shown upon the motion of Respondent, it is hereby

ORDERED that Petitioner is allowed 30 days from the filing of this order to file a supplemental 28 U.S.C. § 2255 motion or other response to the Supreme Court's decision in <u>Beckles v. United States</u>, __ S. Ct. __, No. 15-8544, 2017 WL 855781 (March 6, 2017).

It is further ORDERED that Respondent shall have 30 days from the filing of Petitioner's supplement to file a response, if any.

This 17th day of May 2017.

                                            _____
                                            MALCOLM J. HOWARD
                                            Senior United States District Judge